UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA L. ASHBY,<br><br>Defendant. | NO. MJ 17-126<br><br>DETENTION ORDER |

<u>Offense charged</u>:

    Count 1:    Possession with Intent to Distribute Heroin, in violation of Title 21, U.S.C.§§ 841 (a)(1) and (b)(1)(C).

<u>Date of Detention Hearing</u>: April 6, 2017.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

2. Defendant has on-going mental health problems.

3. Defendant has on-going substance abuse issues.

4. Defendant has no real support structure in her life.

5. Defendant has a history of failures to appear.

6. Defendant has ties to Mexico.

7. The AUSA has proffered evidence indicating that defendant engaged in drug trafficking even after her arrest on state drug charges.

8. The weight of the evidence, even though the least important factor to consider for detention purposes, is strong, and cannot be ignored.

9. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of April, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3