UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>     v.<br><br>JESSICA L. ASHBY,<br><br>                         Defendant. | CASE NO. CR17-111-JCC<br><br>ORDER DIRECTING THE PARTIES<br>TO SUPPLEMENT THE RECORD |

This matter comes before the Court on defendant Jessica Ashby's June 8, 2017 motion for release from pretrial detention. Dkt. 35. Defendant seeks to be released from pretrial detention to accommodate addiction and pregnancy needs. Specifically, Ms. Ashby was recently diagnosed by her obstetrician with placenta previa, a condition that makes her pregnancy high-risk. *Id.* at 3. Defendant requests that she be released from the Federal Detention Center on condition that she complete twenty-six days of in-patient treatment for substance abuse and assume residency with her family. *Id.* at 4. However, defendant does not explain why her high-risk pregnancy would necessitate release.

The Court, having considered the motion and the relevant record, hereby ORDERS the defendant to supplement the record by no later than **Friday, July 7, 2017**, to address how the risks associated with her pregnancy will be exacerbated by remaining in the Federal Detention Center.

ORDER DIRECTING THE PARTIES TO
SUPPLEMENT THE RECORD - 1

1     The Court further ORDERS plaintiff United States to address whether the Federal Detention Center is equipped with adequate resources to accommodate Ms. Ashby's medical condition, placenta previa, should she remain in federal custody, by no later than **Friday, July 14, 2017**.

    The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

    Dated this 28th day of June, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER DIRECTING THE PARTIES TO
SUPPLEMENT THE RECORD - 2