THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0111-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JESSICA L. ASHBY, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to seal exhibit 3 to its sentencing memorandum (Dkt. No. 85) and Defendant Ashby's motion to seal the defense sentencing memorandum and attached exhibits (Dkt. No. 87). Given the sensitive information contained in these filings, the Court finds good cause to seal. The motions to seal (Dkt. Nos. 85, 87) are GRANTED. The Clerk is DIRECT to maintain docket Numbers 86, 88, and 90 under seal.

DATED this 2nd day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR17-0111-JCC
PAGE - 1